UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:18-CV-80762-ROSENBERG/REINHART

JACOB HORN and ROBERT VETTER,

    Plaintiffs,

v.

LIBERTY INSURANCE UNDERWRITERS, INC.,

    Defendant.

_____/

**FINAL JUDGMENT**

**THIS CAUSE** is before the Court following the Court's Order on the Cross Motions for Summary Judgment and Liberty's Notice of Filing their proposed final judgment. *See* Order, DE 160; Notice, DE 161. Pursuant to Federal Rules of Civil Procedure 56 and 58, and in accordance with the reasons stated in the Court's Order on the Cross Motions for Summary Judgment, DE 160, final judgment is entered in favor of the Defendant Liberty Insurance Underwriters Inc. and against Plaintiffs Horn and Vetter.

It is further **ORDERED** that Defendant shall file any application for attorney's fees, non-taxable costs and Bill of Costs, if any, within 30 days of this **ORDER** pursuant to Local Rule 7.3.

**DONE AND ORDERED** in Chambers, West Palm Beach, Florida, this 5th day of June, 2019.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record