UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:18-CV-80762-RLR

**JACOB HORN AND ROBERT VETTER**, individually and on behalf of all others similarly situated, as assignees of **iCan BENEFIT GROUP, LLC,** a Florida limited liability company,

Plaintiffs,

v.

**LIBERTY INSURANCE UNDERWRITERS, INC.,**

Defendant.
_____/

## NOTICE OF APPEAL

NOTICE is hereby given that Jacob Horn and Robert Vetter, individually and on behalf of all others similarly situated, as assignees of **iCan BENEFIT GROUP, LLC,** a Florida limited liability company, who are plaintiffs in this action, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from Final Judgment entered on the parties' motions for summary judgment in favor of Liberty Insurance Underwriters, Inc., on June 6, 2019 (D.E. 162).

Date: July 2, 2019

Respectfully submitted,

**HIRALDO P.A.**

Manuel S. Hiraldo
Florida Bar No. 030380
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
mhiraldo@hiraldolaw.com
Telephone: 954.400.4713

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 3, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

/s/ Manuel Hiraldo

**HIRALDO P.A.**

Manuel S. Hiraldo
Florida Bar No. 030380
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
mhiraldo@hiraldolaw.com
Telephone: 954.400.4713